## CHANEY v EQUITABLE LIFE ASSURANCE COMPANY OF THE UNITED STATES

Ohio Appeals, 8th Dist, Cuyahoga Co

No 16149. Decided Dec 2, 1937

Harrison & Marshman, Cleveland, for plaintiff appellee.

Squire, Sanders & Dempsey, Cleveland, for defendant appellant.

GUERNSEY, PJ, CROW, J, KLINGER, J, (3rd Dist) sitting by designation.

### OPINION

By THE COURT:

We find reversible error in the two instructions to the jury given by the court before argument at the request of plaintiff and error in the general charge.

Reasoning in the opinion in the case of John H. Mosher, plaintiff, appellee, v **Equitable Assurance Society of the United States,** defendant, appellant, No. 257 in the Court of Appeals of Ashland County, Ohio, decided November 25, 1936, (26 Abs 310) as to rule of interpretation applicable to total disability clause in group insurance policy, approved and followed.

The judges of this court of appeals further find that the judgment upon which they have agreed is in conflict with a judgment pronounced upon the same question by the Court of Appeals of the First District, in the case of The Prudential Insurance Company plaintiff in error, versus Dora C Bradds defendant in error, in Cause No. 94 in the Court of Appeals of Clinton County, Ohio, for which reason this cause, pursuant to the provisions of §6, **Art IV,** of the **Constitution** will be certified to the Supreme Court of Ohio for review and final determination.

The judgment is reversed at the costs of the appellee, and the cause is remanded for a new trial and further proceedings according to law.

Exceptions may be saved.

GUERNSEY, PJ, CROW, J, KLINGER, J, concur.